IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-51,264-03





EX PARTE DERRICK SEAN O'BRIEN







MOTION FOR STAY OF EXECUTION


IN CAUSE NO. 9402971 FROM THE


184
TH DISTRICT COURT OF HARRIS COUNTY





Per Curiam. Keller, P.J., Meyers & Hervey, JJ., dissent. 


ORDER



 This is a Motion to Stay Execution accompanying a subsequent application for habeas
corpus filed pursuant to Texas Code of Criminal Procedure, Article 11.071, Section 5.

 Pending a review of the subsequent application for writ of habeas corpus, the stay of
the execution, scheduled for May 16, 2006, is GRANTED 

 IT IS SO ORDERED THIS THE 15th DAY OF MAY, 2006.

Do Not Publish